# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LYNNARA WILSON, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NANCY BERRYHILL, | : | No. 18-4862 |
| Acting Commissioner, Social Security | : | |
| Administration, | : | |
| Defendant. | : | |

## ORDER

AND NOW, on May 14, 2019, upon consideration of Plaintiff Lynnara Wilson's Brief in Support of her Request for Review (doc. 14-1) and the Commissioner's Response (doc. 17), it is ORDERED:

1. Plaintiff's Request for Review is GRANTED;

2. The matter is REMANDED to the Commissioner for assignment to a new ALJ for a <u>de novo</u> hearing; and

3. The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:

*/s/ Timothy R. Rice*
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE